# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

| | |
|---|---|
| LOUIS M. FREEMAN | 75 MAIDEN LANE |
| THOMAS H. NOOTER* | SUITE 503 |
| LEE A. GINSBERG | NEW YORK, N.Y. 10038 |
| | |
| NADJIA LIMANI | (212) 608-0808 |
| OF COUNSEL | TELECOPIER (212) 962-9696 |
| | |
| CHARLENE RAMOS | |
| OFFICE MANAGER | |

January 2, 2019

Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: United States v. Ahmed Warsame**
**11 Cr 559 (CM)**

Dear Judge McMahon:

    I write to advise the court that I have withdrawn from the CJA Panel for the Southern District of New York. Therefore, I will not be able to continue my representation of Mr. Warsame.

    Respectfully submitted,

    /S/ Lee Ginsberg
    Lee Ginsberg